IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GAGE PAXTON; and MARIA PAXTON, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:25-cv-67 |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiffs and by counsel for Defendant, in which the parties stipulate to the dismissal of this matter, with each party to bear its own costs. (Doc. 21.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 25th day of August, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA